UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| STEVEN R. MAY, | ) | CASE NO. 16-22172-JRS |
| | ) | |
| DEBTOR. | ) | |

**MOTION TO REOPEN**

COMES NOW Guy G. Gebhardt, Acting United States Trustee for Region 21, and, pursuant to Bankruptcy Code section 350(b) and Federal Rule of Bankruptcy Procedure 5010, moves the Court to reopen this case. In support of this motion, the United States Trustee shows as follows.

1.

Steven R. May commenced this case on October 27, 2016, by filing a petition for relief under chapter 7. Danny Coleman, Esq., represented Mr. May.

2.

Albert F. Nasuti was appointed and served as chapter 7 trustee.

3.

On January 9, 2017, Mr. Nasuti filed a report of no distribution based on information available to him at that time.

4.

On February 15, 2017, the Court granted a discharge to Mr. May and closed the estate.

5.

Mr. Nasuti recently notified the United States Trustee that Mr. May failed to schedule his interest in one or more limited liability companies and that liquidation of these interests may result in a meaningful distribution to unsecured creditors.

6.

Bankruptcy Code section 350 authorizes the Court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

7.

Federal Rule of Bankruptcy Procedure 5010 provides that a case may be reopened on motion of the debtor or other party in interest. The United States Trustee is a party in interest and has standing to raise, appear, and be heard on any issue in any case.  11 U.S.C. § 307.

8.

The United States Trustee requests the Court reopen the case and direct the United State Trustee to appoint a trustee who can investigate and, if appropriate, administer assets that are property of the estate.

9.

Pursuant to the Bankruptcy Court Miscellaneous Fee Schedule, effective December 1, 2016, the United States Trustee should not be charged with the fee for reopening this case.

WHEREFORE, the United States Trustee moves the Court reopen this case, waive or defer the filing fee, and direct the United States Trustee to appoint a chapter 7 trustee.

        GUY G. GEBHARDT
        Acting United States Trustee, Region 21

        *s/ Jeneane Treace*
        R. Jeneane Treace
        Georgia Bar No. 716620
        United States Department of Justice
        Office of the United States Trustee
        362 Richard Russell Building
        75 Ted Turner Drive, S.W.
        Atlanta, Georgia  30303
        (404) 331-4437
        jeneane.treace@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that June 19, 2017, I served a copy of this motion upon the following persons by First Class U.S. Mail, addressed as follows.

Steven R. May
2535 Burnt Hickory Drive
Cumming, GA 30028

Danny Coleman
Coleman Legal Group, LLC
Suite 52
5755 North Point Parkway
Alpharetta, GA 30022

Albert F. Nasuti
40 Technology Parkway South
Suite 300
Norcross, GA 30092

        *s/ Jeneane Treace*
        R. Jeneane Treace
        Georgia Bar No. 716620