**IT IS ORDERED as set forth below:**



**Date: September 6, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 16-22172-JRS |
| | ) | |
| STEVEN R. MAY, | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | HON. JAMES R. SACCA |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS BY PRIVATE SALE**

On August 9, 2017, the Chapter 7 Trustee, Albert F. Nasuti (the "Trustee"), filed his Motion for Authority to Sell Property of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests by Private Sale (Docket No. 31) (the "Motion to Sell"). Generally, the Trustee proposes to sell the Estate's twenty percent (20%) interest in Florida Intellectual Properties, LLC (the "LLC Membership") back to Florida Intellectual Properties, LLC or its designee for the purchase price of thirty thousand dollars ($30,000.00) (the "Purchase Price") with the closing to occur within ten (10) days of entry of the order granting this Motion to Sell (the "Sale). The property will be sold "as is – where is" with no warranties or representations of any kind, on the terms as set forth in the Motion to Sell.

Pursuant to the Notice of Assignment of Hearing regarding the Motion to Sell, parties in interest were given notice of the filing of the Motion to Sell seeking approval of this sale. The Motion to Sell came on for hearing before this Court as regularly scheduled on August 31, 2017 (the "Hearing"). On August 29, 2017, the Debtor filed a response to the Motion to Sell (the "Response") (Docket No. 33) but did not attend the Hearing or otherwise prosecute his Response.

The Court, having considered this matter and arguments of all parties as presented at the Hearing, concludes that the Sale is in the best interest of the estate and creditors, and the Motion to Sell should be granted and for good cause shown, it is hereby

**ORDERED, DECREED, AND ADJUDGED,** that the Motion for Authority to Sell Property of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests by Private Sale is **GRANTED**, and the Trustee is authorized to sell the LLC Membership on the terms set forth and as described in the Motion to Sell. The Trustee is further authorized to execute whatever documents are necessary to effectuate a transfer/sale of the LLC Membership. Pursuant to 11 U.S.C. §363 *et. seq.*, said Sale is free and clear of any liens, claims, and encumbrances whatsoever, with liens and claims, to the extent they are valid and enforceable, to attach to the proceeds of sale. The Trustee shall hold the proceeds of the sale in the estate account pending further Order of the Court.

**[END OF DOCUMENT]**

PREPARED AND SUBMITTED BY:

*/s/ Albert Nasuti*
_____
Albert Nasuti, Esq.
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Counsel for Chapter 7 Trustee

In re Steven R. May
Chapter 7 Case No. 16-22172-JRS

## **DISTRUBITON LIST**

Steven R. May
2535 Burnt Hickory Drive
Cumming, Georgia 30028

Danny Coleman
Coleman Legal Group, LLC
Suite 52
5755 North Point Parkway
Alpharetta, Georgia 30022

Albert F. Nasuti, Chapter 7 Trustee
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303