IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>STEVEN R. MAY,<br><br>                              Debtor | CHAPTER 7<br><br>CASE NO. 16-22172-JRS<br><br>HONORABLE JAMES R. SACCA |

### REPORT OF SALE

**NOW COMES** Albert F. Nasuti, Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1. The Trustee transferred twenty percent (20%) interest in Florida Intellectual Properties, LLC (the "LLC Membership"), as ordered and approved by the Court on September 6, 2017 (Docket No. 34).

2. The LLC Membership was sold to Florida Intellectual Properties, LLC's designee, Jagdish Mistry, for $30,000.00 on September 21, 2017.

Dated this 11th day of October, 2017.

/s/    *Albert F. Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111
anasuti@tokn.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE:<br><br>STEVEN R. MAY,<br><br>Debtor | CHAPTER 7<br><br>CASE NO. 16-22172-JRS<br><br>HONORABLE JAMES R. SACCA |
|---|---|

**CERTIFICATE OF SERVICE**

I do hereby certify that today I caused the foregoing Report of Sale to be served upon the parties listed below, by depositing a copy of same in the United States Mail with adequate postage affixed thereon properly addressed to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Danny Coleman
Coleman Legal Group, LLC
Suite 52
5755 North Point Parkway
Alpharetta, GA 30022

Dated this 11th day of October, 2017.

/s/    *Albert F. Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111
anasuti@tokn.com